IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC D. WASHINGTON, #272 563, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:14-CV-947-MHT |
| | ) | [WO] |
| C.O.I MICHAEL MCDONALD, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This *pro se* 42 U.S.C. § 1983 action was filed by Plaintiff on September 10, 2014.  At the time he filed this complaint, Plaintiff was incarcerated at the Kilby Correctional Facility in Mt. Meigs, Alabama.

On September 17, 2014, the court entered an order of procedure directing Defendants to file an answer and written report to Plaintiff's complaint.  The September 17 order also instructed Plaintiff to inform the court of any change in his address.  *See Doc. No. 4, ¶6(h)*.)

On October 27, 2014, Plaintiff's copy of an order filed October 21, 2014, was returned to the court marked as undeliverable because Plaintiff is no longer housed at the Kilby Correctional Facility. This is the last known address the court has on file for Plaintiff. Consequently, the court entered an order on October 31, 2014, directing Plaintiff to provide the court with his present address on or before November 10, 2014. *Doc. No. 11*.  Plaintiff was cautioned that his failure to comply with the court's October 31 order would result in a recommendation that this case be dismissed.  *Id*.  Plaintiff's copy of the court's October 31

show cause order was returned to the court on November 10, 2014, marked as undeliverable.

As it appears clear that Plaintiff is no longer residing at the most recent address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that on or before **December 1, 2014**, the parties may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised this Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 13th day of November 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE