IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERIC D. WASHINGTON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv947-MHT |
| ) | (WO) |
| C.O.I MICHAEL MCDONALD and ) | |
| C.O.I JASON M. FORD, ) | |
| ) | |
|    Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former state inmate, filed this lawsuit alleging that he was assaulted by two correctional officers in violation of his Eighth Amendment right to be free from excessive use of force.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of December, 2014.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE